FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'12 JAN -9 AM 10:23

CLERK, U.S. DISTRICT COURT
By Smg DEPUTY CLERK

GENE E. MEULI )
)
_____ )
)
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number: 12-CV-1015 - EFM-KGG
)
COMMISSIONER OF THE IRS )
_____ )
Name
1111 CONSTITUTION AVE. N.W. )
_____ )
Street and number
WASHINGTON D.C. )
_____ )
City    State    Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  **GENE E. MEULI**

     Address            **1202 HARTFORD**

                        **SALINA  KANSAS  67401**

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant **COMMISSIONER OF THE IRS** is employed at **WASHINGTON D. C.**

    C.    Additional Defendants **UNITED STATES**

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of _____.

        2.    The first-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

✓ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article __1__, Section __9__ ; Clause 4 Statute, US Code, Title __26__, Section __6702__.

___ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

✓ 3. Other grounds (specify and state any statute which gives rise to such grounds):

26 USC SECTION 7433

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

1. I claim that certain Officials/Employees of the IRS did fraudulently allege that my 2002 Form 1040 Federal Income Tax Return was frivolous.
Mar. 10, 2010. Austin, Texas.

2. I claim that the IRS violated my Constitutional Right under Art. 1, Sec. 9, Clause 4.

3. I claim that the IRS made a fraudulent assessment of my federal tax liability for 2002.

3

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

**Relief sought is as stated under 26 USC Section 7433.**

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [✓]   No [ ]

VI.   Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [ ]

VII.  Do you claim punitive monetary damages?   Yes [ ]   No [✓]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

       My claim was submitted to the IRS on July 9, 2011 on IRS Form 843.

       There was no response to my claim.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

    ✓    This cause, or a substantially equivalent complaint, was previously filed in this court as case number 11-1044-RDR-KGG and assigned to the Honorable Judge Richard D. Rogers.

    ___    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Gene E. Meuli*
Signature of Plaintiff

Gene E. Meuli
Name (Print or Type)

1202 Hartford
Address

Salina, KS   67401
City      State      Zip Code

785-825-8325
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☑Wichita,  ☐Kansas City   or   ☐Topeka , Kansas as the location for the
(check one location)
trial in this matter.

*Gene E. Meule*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☐yes  ☑no .
(check one)

*Gene E. Meule*
Signature of Plaintiff

Dated: Jan. 9, 2012
(Rev. 8/07)